**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

BARBARA ENGLAND; DOCTORS
LICENSURE GROUP, INC.; and
ANESTAT, INC.,

      Plaintiffs,

      v.                                Case No.: 3:10CV98-RV/MD

CONTINENTAL CASUALTY
COMPANY,

      Defendant.
_____/

**ORDER**

On November 16, 2010, following a lengthy hearing, the Magistrate Judge assigned to this case entered an order on several pending discovery motions (doc. 73). Then, on November 30, 2010, in response to a motion for protective order filed by the defendant the day before, on November 29th, the Magistrate Judge entered an order granting that motion (doc. 81). The plaintiffs now appeal those two orders (docs. 82 and 85, respectively).

"A district court reviewing a magistrate judge's discovery order is, in general, limited by statute and rule to reversing that order only if it is 'clearly erroneous or contrary to law,' 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Put another way, in the absence of a legal error, the district court may reverse only if there was an 'abuse of discretion' by the magistrate judge." Koch Foods of AL LLC v. General Elec. Capital Corp., 531 F. Supp. 2d 1318, 1319 (M.D. Ala. 2008) (citing Cooter & Gell v. Hartmarx Corp., 496 U.S. 384, 401, 110 S. Ct. 2447, 110 L. Ed. 2d 359 (1990)). Having discerned no clear error with respect to the order at issue in the first appeal, the order of November 16, 2010, that order is affirmed.

As for the second order being appealed, the order of November 30, 2010, that order is reversed because it was entered the day after the defendant's motion for protective order was filed, and without affording the plaintiffs an opportunity to respond. Although the motion sought relief in anticipation of a then-upcoming deposition, and thus the defendant asked for an "expedited consideration," the deposition was not scheduled until December 6, 2010, one week after the date of the motion. The plaintiffs should have been allowed time and opportunity to respond to the motion before it was considered and ruled on, consistent with the local rules of this court. N.D. Fl. Loc. R. 7.1(E) (providing that in cases involving motions of an "emergency nature" which necessitate waiving the normal time requirements, the court may "grant an immediate hearing on any matter requiring such expedited procedure").

For these reasons, the order that is the subject of the plaintiff's first appeal (doc. 73) is AFFIRMED. The second order appealed from (doc. 81) is REVERSED and remanded to the Magistrate Judge for further consideration and proceedings consistent with this order.

DONE and ORDERED this 7th day of December, 2010.

/s/ Roger Vinson
ROGER VINSON
Senior United States District Judge

Case No.: 3:10CV98-RV/MD